AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia 2008 MAR 31 PM 2:31

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| William Eric Green ) | Case No: CR602-00008-001 |
| ) | USM No: 11053-021 |
| Date of Previous Judgment: January 13, 2003 ) | Tammy Cox Stokes |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __300__ months **is reduced to** __295 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 235 to 240 months plus 60 months | Amended Guideline Range: | 188 to 235 months plus 60 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

The sentence of 295 months consists of 235 months as to Count 1 and 60 months as to Count 16, to be served consecutively.

Except as provided above, all provisions of the judgment dated __January 13, 2003,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 31, 2008

_____
Judge's signature

John F. Nangle
Judge, U. S. District Court
Southern District of Georgia

Effective Date: _____
(if different from order date)     Printed name and title