FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL 15 AM 8:32
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA　　*
　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　 *　　CR 602-008-001
　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　*
WILLIAM ERIC GREEN　　　　　*

O R D E R

Presently before the Court is Defendant's motion for reconsideration of the Order of June 26, 2015, which granted Defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 of the United States Sentencing Guidelines. Defendant now asks the Court to sentence him at the low end of the new guideline range.

The reduction of sentence under § 3582(c) is a matter within this Court's sound judicial discretion. United States v. Vautier, 144 F.3d 756, 760 (11th Cir. 1998) ("Both the language of § 3582(c)(2) and this circuit's precedent indicate that the sentencing court's power to reduce sentence is discretionary."). In considering Defendant's motion to reduce, I considered all relevant § 3553(a) factors including the need for the sentence to reflect the seriousness of the offense and to protect the public. I determined that a term of 162 months imprisonment as to Count 1 is the appropriate

societal response to Defendant's conduct, and I remain convinced of the same. No further reduction is warranted. Accordingly, Defendant's motion for reconsideration (doc. no. 354) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of July, 2015.

UNITED STATES DISTRICT JUDGE