ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 NOV 20 PM 3:42

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIAM ERIC GREEN, | * | |
| Petitioner, | * | |
| | * | CIVIL ACTION NO. |
| vs. | * | CV 613-077 |
| | * | (underlying case CR 602-008) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

# O R D E R

Presently before the Court is Petitioner's motion for reconsideration of this Court's Order of October 8, 2015, adopting the Report and Recommendation of the United States Magistrate Judge and denying his petition under 28 U.S.C. § 2255.

A motion for reconsideration of a civil judgment may be filed within 28 days of entry of the judgment. Fed. R. Civ. P. 59(e). While Rule 59(e) does not set forth the grounds for relief, district courts in this Circuit have identified three grounds for reconsideration of an order: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. See, e.g., Ctr. for Biological Diversity v. Hamilton, 385 F. Supp. 2d 1330, 1337 (N.D. Ga. 2005);

Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Ga. 1994). A Rule 59(e) motion is not intended as a vehicle to re-litigate old matters, raise new arguments or present evidence that could have been raised prior to the entry of judgment. Michael Linet, Inc. v. Village of Wellington, Fla., 408 F.3d 757, 763 (11th Cir. 2005).

In this case, Plaintiff does not advance any new evidence or other ground to warrant reconsideration of this Court's prior Order. Instead, his motion simply rehashes arguments already made and rejected. See Wendy's Int'l v. Nu-Cape Constr., Inc., 169 F.R.D. 680, 686 (M.D. Ga. 1996) (stating that Rule 59(e) "is not a vehicle for rehashing arguments already rejected by the court or for refuting the court's prior decision"). Accordingly, Plaintiff's motion for reconsideration (doc. no. 37) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE