IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA          *
                                  *
v.                                *       CR 602-008
                                  *
WILLIAM ERIC GREEN                *

O R D E R

Before the Court in the captioned case is a pro se motion filed by Defendant William Eric Green to terminate the remainder of his supervised release. Green pled guilty to a drug-related conspiracy charge and a firearm charge on November 4, 2002. On January 13, 2003, he was sentenced to a total term of 300 months imprisonment and five years of supervised release. Following applicable amendments to the United States Sentencing Guidelines, the term of imprisonment was reduced to 222 months.

Green was released from custody on April 27, 2018, and has been under the supervision of the United States Probation Office in the Eastern District of Arkansas. Presently, Green requests that the remaining term of supervised release be terminated. Green has complied with all conditions of supervision by maintaining steady employment as a yard supervisor for Keen Transportation, remaining drug free, and being a positive role model for his children. While the Government opposes his motion based solely

upon the fact that Green has only been on supervision for one year, the probation office in this District and the Eastern District of Arkansas have recommended that supervision be terminated.

In light of the strong recommendation of Green's supervising probation officer and his favorable adjustment to supervision, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Green's motion (doc. nos. 378 & 381) is **GRANTED**. William Eric Green is hereby discharged from his term of supervised release effective April 30, 2019. The Clerk is directed to send a copy of this Order to Mr. Stepehn R. Baker of the United States Probation Office in Little Rock, Arkansas.

**ORDER ENTERED** at Augusta, Georgia, this /9th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE